IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CASEY MILLERBORG, | § § | |
| Plaintiff, | § § | Civil Action No.: 4:24-cv-00444-ALM |
| v. | § § § | **JURY DEMANDED** |
| JNPHM DEVELOPMENT, LLC; JOE GILBERT CONSTRUCTION, LLC; MPG ASSET MANAGEMENT, LLC; AND MPG TEXAS 9, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this 29th day of July, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE